**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Parveen Kumar | CASE NUMBER |
|---|---|
| v.   PLAINTIFF(S) | 5:26-cv-00229-RGK-SSC |
| Mark Bowen et al | **ORDER RE TRANSFER** |
| DEFENDANT(S). | **(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____   _____
Date                                            United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Upon review of the Petition for Writ of Habeas Corpus, it appears that this case raises issues distinct from the eligibility for bond hearings in 5:25-cv-01873-SSS-BFM. The habeas petition makes factual references to a pending asylum application, which may fall outside the scope of the class definition of the Bond Eligible Class in 5:25-cv-01873-SSS-BFM.

February 3, 2026                              Sunshine S. Sykes  /s/
Date                                                   United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  5:25-cv-01873-SSS-BFM  and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*