UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00229-RGK-SSC                    Date: April 7, 2026

Title      Parveen Kumar v. Mark Bowen, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order Directing the Parties to File Further Supplemental Briefing**

The Court held a status conference on March 25, 2026, and allowed the parties to file supplemental briefing.  (ECF 13.) Respondents' supplemental briefing asserted, for the first time, that Petitioner is being detained under 8 U.S.C. § 1226(c), which provides for mandatory detention of noncitizens related to certain criminal offenses. (ECF 15 at 3–4.)  Respondents argue that Petitioner is subject to § 1226(c) because of a May 7, 2025 criminal arrest for vehicle-related theft.  (*Id.*)  Respondents attach to their supplemental briefing as an exhibit a rap sheet for Petitioner indicating an arrest date of May 7, 2025.  (ECF 15-1 at 5.)  The record indicates that Petitioner was "arrest[ed]/detained/cited" for four California state offenses.  (*Id.* at 5–6.)  It also lists an "arrest date" of May 7, 2025.  (*Id.*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00229-RGK-SSC                    Date: April 7, 2026

Title      Parveen Kumar v. Mark Bowen, et al.

 

The Court allowed Petitioner to respond to Respondents' newly-raised argument regarding mandatory detention based upon Petitioner's criminal arrest.  (ECF 16.)  Petitioner's response to Respondents' supplemental briefing does not dispute any of the evidence put forth by Respondents as to Petitioner's prior arrest.  (ECF 17.)

No later than **April 10, 2026**, the parties are ordered to file supplemental briefing regarding information the parties have as to the following:

1. As to the four offenses listed on Petitioner's rap sheet (ECF 15-1 at 5–6) was Petitioner (a) arrested, (b) detained, or (c) cited?

2. Were charges filed against Petitioner for any of the four offenses listed on Petitioner's rap sheet (ECF 15-1 at 5–6)?

3. If charges were filed: (a) were these charges pending at the time of Petitioner's immigration detention on January 8, 2026; and (b) what is the current disposition of any such charges?

**IT IS SO ORDERED.**

 

 

 

 

 

:

Initials of Preparer        **ts**

---

CV-90 (03/15)                          Civil Minutes – General                          Page 2 of 2