UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARVEEN KUMAR,

Petitioner,

v.

MARK BOWEN, et al.,

Respondents.

Case No. 5:26-cv-00229-RGK-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

//

IT IS ORDERED that Petitioner's petition for writ of habeas corpus (ECF 1) is denied without prejudice.

DATED:  5/1/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE