UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVEEN KUMAR, | Case No. 5:26-cv-00229-RGK-SSC |
| Petitioner, | |
| v. | |
| MARK BOWEN, et al., | JUDGMENT |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Petitioner's petition for writ of habeas corpus (ECF 1) is denied without prejudice.

DATED: 5/1/2026

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE